## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IRA J. GIBSON                                                                    PLAINTIFF


VS.                              NO. 5:10-CV-00109 SWW


MILLCREEK OF ARKANSAS                                            DEFENDANT

### <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2011.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE